Paul C. Bauducco, SBN 119512
  Email: pbauducco@lewitthackman.com
Matthew J. Soroky, SBN 258230
  Email: msoroky@lewitthackman.com
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN
16633 Ventura Boulevard, Eleventh Floor
Encino, California 91436
Tel: (818) 990-2120; Fax: (818) 981-4764

Attorneys for Defendants LemonShark Franchising LLC, Demand Brands Group LLC, Tobi Miller, Richard J. Gottlieb (erroneously named as Richard S. Gottlieb), Alton Klein, James Krieger and Maria L. Winn

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| RANGE 2 POKE LLC; R2P ONE LLC; and R2P TWO LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>LEMONSHARK FRANCHISING, LLC, a California Limited Liability Company; DEMAND BRANDS GROUP LLC, a California Limited Liability Company; TOBI MILLER, an individual; RICHARD S. GOTTLIEB, an individual; ALTON KLEIN, an individual; JAMES KRIEGER, an individual; MARIA L. WINN, an individual; and Does 1-5,<br><br>Defendants. | Case No: 8:22-CV-00949-SPG-ADSx<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. PRO. 12(b)(6)**<br><br>[Filed Concurrently with Memorandum of Points and Authorities, Declaration of Matthew J. Soroky, [Proposed] Order]<br><br>Hearing<br>Date: October 19, 2022<br>Time: 1:30 p.m.<br>Ctrm: 5C<br>Judge: Sherilyn Peace Garnett |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on October 19, 2022, at 1:30 p.m. or as soon thereafter as this matter may be heard in Courtroom 5C of the above-referenced court, located at 350 West 1st Street, Los Angeles, California 90012, Defendants LemonShark Franchising LLC, Demand Brands Group LLC, Tobi Miller, Richard J. Gottlieb, Alton Klein, James Krieger and Maria L. Winn ("Defendants") will and do hereby move for an order dismissing the First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]

This motion is made on the following grounds: (1) the FAC fails to satisfy Rule 9(b) pleading standards; (2) the FAC fails to allege facts to state facially plausible claims for relief; and (3) the FAC alleges facts showing Plaintiffs are not entitled to relief on any claim based on the offer and sale of franchises.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on June 16, 2022. On June 20, 2022, Defendants requested, several times, a second conference of counsel to discuss additional grounds supporting this motion. Plaintiffs refused to participate in another conference. *See* Declaration of Matthew J. Soroky, Ex. C.

This motion is based on this notice of motion and motion, the concurrently filed memorandum of points and authorities and supporting declaration of Matthew J. Soroky, the records and files of the Court in this action of which this Court may properly take judicial notice, and such other further evidence and argument as may be presented at or before the hearing of this motion.

Dated: July 7, 2022         LEWITT, HACKMAN, SHAPIRO,
                            MARSHALL, & HARLAN

                            By:  */s/ Matthew J. Soroky*
                                 Matthew J. Soroky
                                 Attorneys for Defendants

---

[1] Defendants previously filed this motion on June 30, 2022 [Dkt. 19] and noticed the hearing for this motion on August 3, 2022. At the Court's request, this motion is being re-filed and noticed for hearing on an available date on the Court's motion calendar.