Lael D. Andara (SBN 215416)
Manali Shah (SBN 340870)
**DICKINSON WRIGHT RLLP**
615 National Avenue, Suite 220
Mountain View CA 94043
Tel:  (408) 701-6152
Fax:  (408) 701-6143
LAndara@dickinson-wright.com
MShah@dickinson-wright.com

*Attorneys for Plaintiff*
RANGE 2 POKE LLC; R2P ONE LLC; and R2P TWO LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANGE 2 POKE LLC; R2P ONE LLC; and R2P TWO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LEMONSHARK FRANCHISING LLC, a California Limited Liability Company; DEMAND BRANDS GROUP LLC, a California Limited Liability Company; TOBI MILLER, an individual; RICHARD J. GOTTLIEB, an individual; ALTON KLEIN, an individual; JAMES KRIEGER, an individual; and MARIA L. WINN, an individual,<br><br>Defendants. | CASE NO. 8:22-cv-00949-SPG-ADS<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

Plaintiffs RANGE 2 POKE LLC; R2P ONE LLC; and R2P TWO LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss this entire case.

*[remainder of this page intentionally left blank]*

Such dismissal shall be with prejudice, with each side to bear its own costs and fees. The Court shall retain jurisdiction as may be necessary to enforce terms of a settlement reached between the parties.

Date: November 1, 2022               DICKINSON WRIGHT RLLP

By: */s/ Lael D. Andara*
Lael D. Andara
Manali Shah
*Attorneys for Plaintiffs*
RANGE 2 POKE LLC; R2P ONE LLC; and R2P TWO LLC